**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ _ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **3rd**   Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

| | | | |
|---|---|---|---|
| DEBTOR: | **Alain Piedra** | JOINT DEBTOR: **Marisol Del Carmen Siles** | CASE NO.: |
| Last Four Digits of SS# | xxx-xx-3542 | Last Four Digits of SS# xxx-xx-2168 | |

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **8** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $   **79.36**    for months   **1**   to   **7**  ;
  B.  $   **9,010.96**    for months   **8**   to   **8**  ;
  C.  $   _____   for months  ___ to ___ ; in order to pay the following creditors:

Administrative:  Attorney's Fee -    $    **4,025.00**    TOTAL PAID $    **3,525.00**
  Balance Due    $    **500.00**   payable $ **71.43**   /month   (Months **1** to **7**)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**1. Seterus**          Arrearage on Petition Date  $ **0.00**
  Address: _____          Arrears Payment $ **0.00** /month (Months **0** to **0**)
  Account No: _____       Regular Payment $ **0.00** /month (Months **0** to **0**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **-NONE-** | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
  **-NONE-**       Total Due   $ _____
            Payable   $ _____ /month   (Months _ to _)   Regular Payment $ _____

Unsecured Creditors:  Pay $ **8,109.86**/month (Months **8** to **8**);

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
**-NONE-**

  **Special Intentions:**
  **Ally Financial: Debtor will pay claim directly.**
  **Seterus Inc: Debtor will pay claim directly.**

  **The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Alain Piedra**                              **/s/ Marisol Del Carmen Siles**
**Alain Piedra**                                  **Marisol Del Carmen Siles**
Debtor                                            Joint Debtor
Date:  **April 11, 2016**                         Date:  **April 11, 2016**

LF-31 (rev. 01/08/10)